THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH MILLER, Appellant.

Argued May 25, 1937; decided June 8, 1937.

*Charles E. Callahan* and *Judson B. Glen* for appellant.

*Daniel J. O'Mara, District Attorney (Stephen K. Pollard* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.